# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3876

_____

United States of America

*Plaintiff - Appellee*

v.

Manuel Patrick Camarillo, also known as Sick

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: July 22, 2016
Filed: August 5, 2016
[Unpublished]

_____

Before LOKEN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Manuel Camarillo directly appeals after he pleaded guilty to drug and gun charges, and the district court[1] sentenced him to a within-Guidelines-range prison

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

term for the drug offenses, and a statutory-minimum consecutive prison term for the gun offense. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

We conclude that Camarillo's guilty plea was knowing and voluntary, see Nguyen v. United States, 114 F.3d 699, 703 (8th Cir. 1997), and that the district court committed no sentencing error, see United States v. David, 682 F.3d 1074, 1076-77 (8th Cir. 2012). In addition, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____